```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    EL DORADO DIVISION
```

**BRADLEY TIMBERLAND RESOURCES, LLC**                             **PLAINTIFF**

    **v.**                   **Case No. 1:11-CV-1057**

**BRADLEY LUMBER COMPANY and**
**WEBSTER BUSINESS CREDIT CORP.**                                 **DEFENDANTS**

### J U D G M E N T

    For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Plaintiff's Motion to Remand (Doc. 11) is **DENIED**.  The Court finds that Defendant Bradley Lumber Company has been fraudulently joined to this action and therefore is dismissed.  Defendant Webster Business Credit Corp.'s Motion to Dismiss (Doc. 5) is **GRANTED**.  All parties are to bear their own costs and fees, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

    IT IS SO ORDERED this 6th day of February, 2012.

                                            */s/ Robert T. Dawson*
                                            Honorable Robert T. Dawson
                                            United States District Judge